UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THREE HORSES, LLC,

    Plaintiff,

v.                              Case No:  2:13-cv-749-FtM-38DNF

CHARTIS PROPERTY CASUALTY
COMPANY,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. #5) filed on October 22, 2013.  Pursuant to Federal Rule 41(a), Plaintiff voluntarily dismisses this action, without prejudice.  The Court notes that no Defendant has served an answer nor filed a motion for summary judgment in this matter.

Accordingly, it is now

**ORDERED:**

(1) This matter is **DISMISSED without prejudice** pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. #5).

(2) The Clerk is directed to enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of October, 2013.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record